IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CHRIS GRAY II,  
        Plaintiff,  
v.  

WAL-MART STORES EAST, LP  
AND JOHN DOES 1-3,  
        Defendant.  
_____/

Civil Action File No.  
2:21-cv-00087-SCJ

## NOTICE OF SETTLEMENT

COME NOW Plaintiff and Defendant, and notify the Court that this case has been compromised and settled. The parties expect to be able to file the dismissal with prejudice shortly.

        McLAIN & MERRITT, P.C.

        /s/ Nicholas Deeb  
        Howard M. Lessinger  
        Georgia Bar No. 447088  
        Nicholas E. Deeb  
        Georgia Bar No. 117025  
        Attorneys for Defendant

3445 Peachtree Road, N.E.  
Suite 500  
Atlanta GA  30326  
(404) 365-4535

JENSEN LAW, LLC


*/s/ Eric L. Jensen (by express permission NED)*
Eric L. Jensen
Georgia Bar No. 391259
**A**ttorney for Plaintiff

6111 Peachtree Dunwoody Road
Bldg G, Suite 201
Atlanta, GA  30328
(404) 842-9380
ejensen@eljlegal.com

The undersigned counsel certifies that the foregoing Notice has been prepared with the font and point selections approved by the Court in LR 5.1B.

/s/ Nicholas Deeb
Nicholas E. Deeb
Georgia Bar No. 117025

CERTIFICATE OF SERVICE

This is to certify that on January 7, 2022, I electronically filed NOTICE OF SETTLEMENT with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                              McLAIN & MERRITT, P.C.

                              /s/ Nicholas Deeb
                              Howard M. Lessinger
                              Georgia Bar No. 447088
                              Nicholas E. Deeb
                              Georgia Bar No. 117025
                              Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
ndeeb@mmatllaw.com